# UNITED STATES DISTRICT COURT
# CENTRAL DIVISION OF CALIFORNIA

RELATED DDJ

Rod Anthony Huff, plaintiff

[VS.

Rod ANTHONY HUFF JR.™],

Respondent,

Sovereign Reservation,
PEOPLE of THE STATE

EDCV21-901-AB(RAO)

Summons—
COMPLAINT

~~EDCV20-2575 AB(RAO)~~

(case No.
To be placed by the clerk)

FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2021

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Notice a lawsuit has been filed against you!

A civil complaint has been made concerning the (affidavit of Sovereign reservations), which is attached with this lawsuit, which seeks an answer as a Complaint in accordance to Fed. Rule 12 (a)(b) and page (3) of Civil proceedures., If you are a united States agency or an employee or officer of the united states you Shall serve an answer on the plaintiff or his attorney no later then 21 days after you have recieved this Summons, The answer can be served on the plaintiff, who is addressed below:

Rod Anthony Huff
850 N. Center #4L
Ontario, Ca 91764

or

Rod Anthony Huff
9438 Commerce way
Adelanto, Ca 92301

Date: 5-12-21     [SEAL]     COURT CLERK

page 1 of 4

# AFFIDAVIT

I, Rod Anthony Huff© who is born of the republic State of [california] and not the legal corporation [STATE OF CALIFORNIA]., I, Rod Anthony Huff, a national of America has reserved all Common-law rights, as a Secured party, who objects to any parties(s) using any Variation or derivative of the De Jure name: ROD ANTHONY HUFF JR.©, which is a registered trademark, Has agreed under the common-law, not to be bound by any contract, or commercial agreement, That I, Rod Anthony Huff© did not enter into knowingly, Voluntary, and intentionally, Notice that it has been agreed upon that any Violation(s) of rights will result in a $250,000.00 fine per every fifteen minuets of usurpation or damages caused by a user or users who did not "lawfully" seek proper consent, who has entered the Secured party into any Commercial agreement unwillingly, and intentionally to cause damage., All rights have been "explictly" reserved without prejudice, In accordance to Uniform Commercial Code 1-207

THIS AGREEMENT HAS BEEN CONSUMATED AS CONSTRUCTIVE NOTICE; on the 1st day of January, 2021; To be filed with The United States DIStrict Court, Case No. 2:20-CV-08747-(RAO) Also be made public Notice.

*Sovereign Reservation Rights*

Rod Anthony Huff
/s/ Rod-A: Huff, Jr
_____
Secured Party / Beneficiary



Right thump print in Blood

## Additional Complaint

1. Notice; A Previous [UCC-1 Financial statement] has in fact
2. been filed with the Secretary of State as to become
3. Public record that I. Rod Anthony Huff © is a Secured
4. Party/Creditor and a living breathing man and the holder-
5. in-due-course over the STRAWMAN TRUST / ENG LEGIS /
6. BC / ETC.

9. Notice to Public;
10. [ROD ANTHONY HUFF JR. / TRADEMARK / TRADENAME / TRUST / DEBTOR]

12. IS A "Transmittable Utility"

17. Without prejudice
18. U.C.C. 1-207
19. Rod Anthony Huff          [ SEAL ]          COURT CLERK

This Summons-complaint is attached with a (Fee waiver) so that it may be heard, by the Court(s). This Summons has also been Served on the mentiond partie(s)

Executed on the 12th day of May, 2021. In the State of California, county of San Bernardino. This Summons has been mailed to Address below; Attn: Court clerk, 255 E. Temple St., Los Angeles, Ca 90012

without prejudice
U.C.C 1-207

Rod Anthony Huff
_____
Plaintiff - Secured party

Rod Anthony Huff
BK # 210334296
9438 Commerce Way
Adelanto, CA 92301

5/4/21  EG H957  2044 HRS

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 19 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Legal Mail

SN BERNARDINO CA 923
17 MAY 2021 PM 6

Attn: Clerk's Office
UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF CALIFORNIA
255 E. Temple St. Suite 180
Los Angeles, CA 90012