# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD ANTHONY HUFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE OF THE STATE,<br><br>　　　　Defendant. | Case No. ED CV 21-0901 AB (RAO)<br><br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal.

DATED: June 29, 2021

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE